COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-15-00168-CR |
| Style: | George Ray Micheaux v. The State of Texas |
| Date motion filed[*]: | November 6, 2015 |
| Type of motion: | State's Second Motion for Extension of Time to File Brief |
| Party filing motion: | Appellee |
| Document to be filed: | Appellee's Brief |

Is appeal accelerated?          No.

If motion to extend time:

    Original due date:          July 27, 2015

    Number of extensions granted:     1      Current Due Date: October 27, 2015

    Date Requested:          November 26, 2015

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due: November 30, 2015

        ☑     No further extensions of time will be granted.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

On July 31, 2015, the Clerk of this Court granted the State's first extension, but warned counsel that no further extensions would be granted. Because counsel contends that he needs to confer with the trial attorney on this case who returned from maternity leave on October 26, 2015, the State's second motion for an extension of time to file its appellee's brief is granted, but **no further extensions will be granted.** Accordingly, if appellee's brief is not filed by November 30, 2015, the case may be set at issue and considered for submission on the appellant's brief only. *See* TEX. R. APP. P. 4.1(a), 38.6(d), 38.9(a).

Judge's signature: /s/ Laura Carter Higley

                ☒ Acting individually      ☐ Acting for the Court

Date: November 10, 2015

November 7, 2008 Revision